**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

United States of America,

                            *v.*

Andrew Snider.

Case No. 3:26-cr-50024-1

Honorable Michael F. Iasparro

**ORDER**

In-person initial appearance and arraignment held 5/7/2026. Defendant Andrew Snider appears based on an indictment dated 5/4/2026. See Dkt. 3. CJA Panel attorney Peter Moyers appears for Defendant and is provisionally appointed as counsel pending review of the financial affidavit, which shall be filed by 5/8/2026. A representative from Pretrial Services is present. Defendant informed of his rights, acknowledged receipt of the indictment and waives a formal reading. The Defendant enters a plea of not guilty to the sole count in which he is named, and his plea is accepted. The Government does not move for detention. The Defendant is released on conditions stated in open court and agreed to by the parties. Order Setting Conditions of Release and Appearance Bond to issue separately. Rule 16.1(a) conference shall be conducted by 5/21/2026. An in-person status hearing before Judge Schneider is set for 8/11/2026 at 11:00 AM at the Stanley J. Roszkowski United States Courthouse, 327 S. Church Street, Rockford, IL, Courtroom 5300. Defendant and counsel for both sides are ordered to appear. The Government's oral motion to exclude time is unopposed and granted. The Court excludes time from 5/7/2026 through 8/11/2026 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial in order to allow the reasonable time necessary for effective preparation.

Entered: May 7, 2026

By: _____
Michael F. Iasparro
U.S. Magistrate Judge

1